UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                                 **CRIMINAL ACTION**

**VERSUS**

**MALETICA V. FERGUSON**                                      **NO.: 14-00045-BAJ-RLB**

<u>**ORDER**</u>

       On March 25, 2016, the Court ruled on a **Joint Motion to Enroll as Attorney for Defendant and a Motion to Modify Sentence (Doc. 28)** filed by attorney Prentice L. White on behalf of Maletica V. Ferguson's ("Defendant").[1] (Doc. 29). The Court denied the motion after finding no legal basis to modify Defendant's sentence, thereby obviating the need for Mr. White's enrollment as counsel. On April 1, 2016, the United States Magistrate Judge signed an arrest warrant for Defendant in response to a supervised release violation petition. (Doc. 31). A preliminary revocation hearing has been set for April 5, 2016 before the Magistrate Judge. (Doc. 32).

---

[1] While styled as a "motion to enroll," Defendant actually requests for Mr. White to be substituted as counsel of record in this matter. (Doc. 28 at ¶ 3). The motion states that Defendant's previous counsel has no objection to the substitution of Mr. White. *Id*.

In light of the foregoing:

**IT IS ORDERED** that the Court's previous Order (Doc. 29) is hereby **VACATED.**

**IT IS FURTHER ORDERED** that Defendant's **Joint Motion to Enroll as Attorney for Defendant and a Motion to Modify Sentence (Doc. 28)** is hereby **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** insomuch as Prentice L. White is permitted to substitute as counsel of record for Defendant. The motion is otherwise **DENIED.**

Baton Rouge, Louisiana, this 5th day of April, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**